UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY, | No. 2:14-cv-01749-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

    Defendants have filed a notice stating that counsel, Furah Z. Faruqui, will be out of the country from August 12, 2015 to August 24, 2015. ECF No. 33. Currently, plaintiff's amended motion regarding the protective order, ECF No. 22, and amended motion to compel, ECF No. 23, are scheduled for hearing on August 12, 2015. ECF No. 24.  In light of defendants' notice of unavailability, the court will continue the hearing on plaintiff's amended motion regarding the protective order and amended motion to compel to August 26, 2015.

    In addition, on July 22, 2015, plaintiff filed an opposition to defendants' motion to compel. ECF No. 32.  Then, a day later, defendants filed an opposition to plaintiff's motion to compel. ECF No. 27.  Local Rule 251(a) requires parties to meet and confer in order for their discovery motions, including motions to compel, to be heard.  In addition, the undersigned's case

/////

/////

1

management procedures require that such meetings be held either in person, over the phone, or via video conferencing.[1]  Meet and confers conducted through writing alone are insufficient.

If the moving party is still dissatisfied after the parties have met and conferred, then all parties involved must submit a joint statement seven days before the scheduled hearing date.  Local Rule 251(a).  The parties' joint statement must include (1) the details of their conference or conferences; (2) a statement summarizing the nature of the action and the relevant factual disputes as well as the issues to be determines at the hearing; and (3) the contentions of each party with regards to each contested issue.  Local Rule 251(c).  The parties' oppositions do not comply with Local Rule 251 and accordingly, they will be stricken.  In order for the parties' motions to compel to be heard they must meet and confer and file joint statements per the local rules and the court's instructions.

In accordance with the foregoing, THE COURT HEREBY ORDERS that:

1. The court's August 12, 2015 hearing on plaintiff's amended motion regarding the protective order, ECF No. 22, and amended motion to compel, ECF No. 23, is continued to August 26, 2015; and

2. The parties' oppositions, ECF Nos. 32 & 27, are STRICKEN.

DATED:  July 28, 2015

          /S/ Allison Claire          
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned's case management procedures can be found online at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac/.