UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY, | No. 2:14-cv-01749-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). The parties have filed separate motions requesting that the court amend its March 5, 2015, scheduling order to allow more time for discovery in accordance with Federal Rule 16(b)(4). ECF Nos. 42, 43. This is the first discovery deadline extension requested by either party. Defendants' motion asks the court to extend the parties' discovery deadline to September 30, 2015, while plaintiff's motion asks the court to extend the deadline 120 days, to December 29, 2015. The court finds that good cause does not exist to extend the discovery deadline 120 days. However, in light of the parties' pending motions, the court will grant an extension of the parties' discovery deadline to October 30, 2015.

////

////

////

1

1   Accordingly, THE COURT HEREBY ORDERS that defendants' motion to modify the
2   scheduling order, ECF No. 42, is GRANTED and plaintiff's motion to modify the scheduling
3   order, ECF No. 43, is GRANTED IN PART.  The court's March 5, 2015, scheduling order is
4   hereby modified to reflect a discovery deadline of October 30, 2015.
5   DATED:  September 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE