UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY, | No. 2:14-cv-01749-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On October 22, 2015, plaintiff filed a motion for reconsideration of the court's September 29, 2015, order granting his motion to compel in part. ECF No. 47. Plaintiff noticed his motion for hearing on November 18, 2015. Id. Defendants have not filed a timely opposition and, accordingly, the court will order them to file a statement of opposition or notice of non-opposition on or before November 16, 2015. The court's hearing on plaintiff's motion for reconsideration will stay calendared for November 18, 2015.

In accordance with the foregoing, THE COURT HEREBY ORDERS that defendants must file a statement of opposition or notice of non-opposition on or before November 16, 2015.

DATED: November 13, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE