UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY, | No. 2:14-cv-01749 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21). The parties filed cross-motions for summary judgment. See ECF No. 90 (defendants), 91 (plaintiff).

Plaintiff's Opposition to defendant's summary judgment motion does not comply with this court's Local Rules, which require that each disputed fact be accompanied by "a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." Local Rule 260(b); see ECF No. 95 (plaintiff's Opposition). Plaintiff has indicated that he disputes certain facts in defendants' statement of undisputed facts, but he has not identified any "pleading, affidavit, deposition, interrogatory answer, admission, or other document" in support of his assertion that the fact is disputed. To successfully oppose summary judgment, a plaintiff must identify *evidence* that demonstrates there is a factual dispute that can only be resolved by a jury.

1

Plaintiff is cautioned that even though he is proceeding without counsel, he is obligated to comply with the Local Rules of this court. Plaintiff will be given another opportunity to comply with the rules.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than June 15, 2016, at 3:30 p.m., plaintiff shall file an amended Opposition to defendants' Motion for Summary Judgment, and the amended Opposition shall comply with all the Local Rules, including Local Rule 260;

2. Defendants shall file their Reply, if any, no later than June 20, 2016, at 3:30 p.m.

3. The hearing on the cross-motions for summary judgment, currently scheduled for June 8, 2016, is CONTINUED to June 22, 2016.

DATED: June 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE