UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY, | No. 2:14-cv-1749 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se and in forma pauperis, filed the above-entitled action. The matter was referred to a United States Magistrate Judge by Local Rule 302(c)(21).

    On June 30, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 109. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 30, 2016 (ECF No. 109), are adopted in full;

    2. Defendants' motion for summary judgment (ECF No. 90) is granted as to the Monell

claim and otherwise DENIED.  Accordingly, the City of Vallejo is dismissed from this lawsuit;

    3.  Plaintiff's cross-motion for partial summary judgment (ECF No. 91) is DENIED; and

    4.  The previously scheduled pretrial and trial dates, having been vacated in light of these summary judgment motions (ECF No. 101), will be re-scheduled in due course.

DATED:  August 25, 2016

                                      /s/ John A. Mendez_____

                                      UNITED STATES DISTRICT COURT JUDGE