# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DESHAWN CATHEY,**

CASE NO: **2:14–CV–01749–JAM–AC**

v.

**JODI BROWN, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/23/17**

**Marianne Matherly**
Clerk of Court

ENTERED: **February 23, 2017**

by: /s/ L. Mena–Sanchez
Deputy Clerk