UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF VALLEJO, et al.,<br><br>               Defendants. | No. 2:14-CV-01749 JAM-AC (PS)<br><br>**RELATED CASE ORDER** |
| DESHAWN CATHEY,<br><br>               Plaintiff,<br><br>   v.<br><br>JODI BROWN, CITY OF VALLEJO POLICE OFFICER,<br><br>               Defendant. | No. 2:18-CV-00386 WBS-GGH (PS) |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-00386 WBS-GGH (PS) be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-00386 JAM-AC (PS)

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 18, 2018            /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court Judge